**No. 47510.**—Protests 59147–K, etc., of C. J. Tower & Sons et al. (Buffalo, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.